01

02

03

04

05

06              UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
07                        AT SEATTLE

08   UNITED STATES OF AMERICA,           )
                                         )   CASE NO. CR11-290-JLR
09          Plaintiff,                   )
                                         )
10          v.                           )
                                         )   DETENTION ORDER
11   ROBERT JENSEN,                      )
                                         )
12          Defendant.                   )
     _____   )

13

14   Offense charged:      Conspiracy to Possess Cocaine with Intent to Distribute; Possession of

15   Cocaine with Intent to Distribute

16   Date of Detention Hearing:    September 7, 2011.

17          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18   based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19   that no condition or combination of conditions which defendant can meet will reasonably

20   assure the appearance of defendant as required and the safety of other persons and the

21   community.

22   / / /

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant is a Canadian citizen. The AUSA proffers evidence that defendant possessed a false drivers license which facilitated illegal border crossings into the United States for purposes of the drug smuggling operation. The AUSA also alleges that defendant attempted to flee from officers at the time of arrest and, when apprehended, he and his co-defendant were found with multiple state identification cards and a quantity of cash. The defendant has no ties to the United States.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the pupose of an appearance in connection

01     with a court proceeding; and

02   4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

03     for the defendant, to the United States Marshal, and to the United State Pretrial Services

04     Officer.

05     DATED this <u>7th</u> day of September, 2011.

06

07                         Mary Alice Theiler

08                         United States Magistrate Judge

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3